# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CARLOS N. WHITEHEAD,            :

    Plaintiff,                  :

vs.                             :         CA 12-0246-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                               :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 29th day of November, 2012.

                                  s/WILLIAM E. CASSADY
                              **UNITED STATES MAGISTRATE JUDGE**